UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 MAY 25 PM 12:26

CLERK
BY ____PC____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Docket No. 5:16-cr-76 |
| | ) |
| COREY CARTER, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury Charges:

From in or about May 1, 2016 to in or about May 20, 2016, in the District of Vermont and elsewhere, Defendant COREY CARTER knowingly and willfully conspired with others known and unknown to the grand jury to distribute heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 846 & 841(b)(1)(C))

A TRUE BILL

[signature redacted]

FOREPERSON

_____ (MPD)
ERIC S. MILLER
United States Attorney
Burlington, Vermont
May 25, 2016