UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 JUN -8 PM 1:03

CLERK
BY ꝗC
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Docket No. 5:16-cr-76 |
| | ) |
| COREY CARTER, | ) |
| YORGAN BENJAMIN, and | ) |
| SEBASTIAN BENJAMIN | ) |
| Defendants. | ) |

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

From in or about May 1, 2016 to in or about May 20, 2016, in the District of Vermont and elsewhere, Defendants COREY CARTER, YORGAN BENJAMIN, and SEBASTIAN BENJAMIN knowingly and willfully conspired with each other and with others known and unknown to the grand jury to distribute heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 846 & 841(b)(1)(C))

A TRUE BILL

_____
FOREPERSON

_____ (MPD)
ERIC S. MILLER
United States Attorney
Rutland, Vermont
June 8, 2016